IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>PHAEDRA A. BROWN<br><br>    Debtor | Case No. 20-20565-NVA<br>Chapter 7 |
| NATIONS DIRECT MORTGAGE, LLC<br>1 Corporate Drive<br>Suite 360<br>Lake Zurich, IL 60047<br><br>    Movant<br><br>v.<br><br>PHAEDRA A. BROWN<br>3846 Terka Cir<br>Randallstown, MD 21133<br><br>and<br><br>ZVI GUTTMAN<br>CHAPTER 7 TRUSTEE<br>P.O. Box 32308<br>Baltimore, MD 21282-2308<br><br>    Respondents | Motion No. |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Nations Direct Mortgage, LLC, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

1. Jurisdiction is based on 11 U.S.C. Section 362(d)-(f).

2. On or about December 4, 2020, Phaedra A. Brown ("Debtor") filed a Voluntary Petition in the Court under Chapter 7 of the Bankruptcy Code.

3. Zvi Guttman is the Chapter 7 trustee of the Debtor's estate.

4. At the time of the initiation of these proceedings, the Debtor owned a parcel of leasehold real estate improved by a residence with a legal description of "Being known and designated as Lot No. 34, Block R, as shown on the Plat entitled "Section 6, Plat One, Randall Ridge" which Plat is recorded among the Land Records of Baltimore County, Maryland, in Plat Book RRG No. 30 Folio 116." also known as 3846 Terka Circle, Randallstown, MD 21133 (hereinafter "the subject

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 68641

property").

5. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. The documents evidencing the movant's security interest are attached hereto.

6. The total amount due under the Deed of Trust securing the Movant as of February 2, 2021, not including attorney's fees and court costs, is approximately $227,906.27.

7. The Debtor is in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

8. The Debtor is behind in his/her monthly mortgage payments, and equity in the Debtor's residence is dissipating.

9. The Movant lacks adequate protection of its interest in the subject property.

10. The Movant has been and continues to be irreparably injured by the stay of Section 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

11. Cause exists for lifting the automatic stay imposed by Section 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

12. The subject property is not necessary for an effective reorganization.

WHEREFORE, the Movant, Nations Direct Mortgage, LLC its successors and/or assigns, respectfully requests that this Honorable Court:

1. Enter an order terminating the automatic stay imposed by Section 362 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 3846 Terka Circle, Randallstown, MD 21133; and

2. Grant such other and further relief as may be just and necessary.

/s/Mark D. Meyer, Esq.
_____
Mark D. Meyer, Esq.
Federal Bar 15070

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 68641

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Zvi Guttman, Trustee

Eric Steiner, Esquire

I hereby further certify that on the 3rd day of February, 2021, a copy of the foregoing Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Phaedra A. Brown
3846 Terka Circle
Randallstown, MD 21133

        /s/Mark D. Meyer, Esq.
_____
Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 68641