IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>PHAEDRA A. BROWN<br><br>    Debtor | Case No. 20-20565-NVA<br>Chapter 7 |
| NATIONS DIRECT MORTGAGE, LLC<br><br>    Movant<br>v.<br><br>PHAEDRA A. BROWN<br><br>and<br><br>ZVI GUTTMAN, CHAPTER 7 TRUSTEE<br><br>    Respondents | Motion No. |

## EXHIBIT A -- DEBT

**Pre Petition Arrears**

| | |
|---|---:|
| 2 payments of $1502.34 for 11/01/2020 - 12/01/2020 | $3,004.68 |
| Total: | $3,004.68 |

**Post Petition Arrears**

| | |
|---|---:|
| 2 payments of $1502.34 for 01/01/2021 - 02/01/2021 | $3,004.68 |
| Attorney Fees and Costs | $938.00 |
| Suspense Account | $0.00 |
| Total: | $3,942.68 |
| **Total Pre and Post Petition Arrears:** | **$6,947.36** |

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 68641