After recording, return to:
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

MIN: ▮
MERS Phone Number: 1-888-679-6377
Tax ID Number: ▮

```
Baltimore County Cir Crt
IMP FD SURE        $40.00
RECORDING FEE      $20.00

TOTAL              $60.00
JLE   JNS
Nov 06, 2017     02:47 pm
```

## ASSIGNMENT OF DEED OF TRUST

KNOW ALL MEN BY THESE PRESENTS that, **Mortgage Electronic Registration Systems, Inc. as nominee for NATIONS DIRECT MORTGAGE, LLC DBA MOTIVE LENDING, its successors and assigns,** located at P.O. Box 2026, Flint, MI 48501-2026, does hereby grant, assign, and transfer over unto, **Nations Direct Mortgage, LLC**, located at 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047, its successors and assigns, a certain Deed of Trust dated December 30, 2015 executed and delivered by **Joseph BROWN, JR. and Phaedra A. BROWN** to Talbot Settlement and Escrow LLC as Trustee(s) in the amount of **Two Hundred Fifty Thousand Two Hundred Eighty-Two ($250,282.00)** and recorded January 8, 2016 **in Book 37058, Page 166** among the Land Records of the Circuit Court for Baltimore County, Maryland.

Property Address:
3846 Terka Circle, Randallstown, MD 21133

Being known and designated as Lot No. 34, Block R, as shown on the Plat entitled "Section 6, Plat One, Randall Ridge" which Plat is recorded among the Land Records of Baltimore County, Maryland, in Plat Book RRG No. 30 Folio 116.

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: ▮

PROJECT NAME:
BROWN, JR., JOSEPH
PROPERTY ADDRESS:
3846 TERKA CIRCLE

1

Executed this 30TH day of October, 20 17.

        Mortgage Electronic Registration
        Systems, Inc. as nominee for NATIONS
        DIRECT MORTGAGE, LLC DBA MOTIVE
        LENDING, its successors and assigns,

Name: Harry Swanson
Title: Vice President

STATE OF Illinois
COUNTY OF Lake

On this 30 day of October 2017, before me, the undersigned, personally appeared Harry Swanson, known to me to be the person who executed the within instrument as the Vice President of **Mortgage Electronic Registration Systems, Inc. as nominee for NATIONS DIRECT MORTGAGE, LLC DBA MOTIVE LENDING, its successors and assigns,** the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors.

Witness my hand and official seal:

Notary Public Georgina D. Buckley

My Commission Expires: 1-11-21

OFFICIAL SEAL
GEORGINA D. BUCKLEY
NOTARY PUBLIC - STATE OF ILLINOIS
My Commission Expires January 11, 2021

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER

PROJECT NAME:
BROWN, JR., JOSEPH
PROPERTY ADDRESS:
3846 TERKA CIRCLE